# NO. 12-08-00419-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: KEITH DAVID LEMONS* | § | |
| *AND PAMELA LEMONS,* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

### MEMORANDUM OPINION
### PER CURIAM

On March 4, 2009, this court delivered an opinion conditionally granting the petition for writ of mandamus filed by Keith David Lemons and Pamela Lemons. That opinion ordered the respondent trial court to vacate its order signed on September 12, 2008 denying the relators' motion to transfer venue and to enter an order granting the motion. On March 9, 2009, this court received an order from the trial court that complied with our opinion and order of March 4, 2009.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed***.

Opinion delivered March 11, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)